IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

MICHAEL C. FERGUSON,

      Plaintiff,

vs.                                             Civil Action No. 1:17-cv-02336

RALPH W. JUSTUS, individually,
DALE MURRAY, individually,
JAMES COBURN, individually,

      Defendants.

## PLAINTIFF'S MOTION TO WITHDRAW
## MOTION FOR DEFAULT JUDGMENT

      Comes now the Plaintiff, Michael C. Ferguson, by and through counsel, John H. Bryan, and respectfully moves this Court to withdraw the plaintiff's motion for default judgment against Defendants, Ralph W. Justus, Dale Murray, and James Coburn.  In support thereof, the Plaintiff states as follows:

      Plaintiff previously filed a motion for default judgment following the defendants' failure to file a responsive pleading.  Since the date of the filing of the said motion, plaintiff's counsel was contacted by counsel for each of the defendants, who indicated to plaintiffs' counsel that they would be filing answers.  As such, plaintiff no longer is seeking a default judgment.

      WHEREFORE, the plaintiff respectfully requests that the Court withdraw the plaintiff's motion for default judgment and for such other and further relief as the Court deems just and fit.

                    MICHAEL C. FERGUSON,
                    By Counsel

/s John H. Bryan
John H. Bryan (WV Bar No. 10259)
611 Main Street
P.O. Box 366
Union, WV 24983
jhb@johnbryanlaw.com
(304) 772-4999
Fax: (304) 772-4998

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

MICHAEL C. FERGUSON,

    Plaintiff,

vs.                                                       Civil Action No. 1:17-cv-02336

RALPH W. JUSTUS, individually,
DALE MURRAY, individually,
JAMES COBURN, individually,

    Defendants.

## CERTIFICATE OF SERVICE

I, John H. Bryan, do hereby certify that I have delivered a true copy of the foregoing PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR DEFAULT JUDGMENT was electronically filed with the Clerk of Court using the CM/ECF system and by United States Mail, postage pre-paid, this the 4th day of October, 2017 and addressed as follows:

    Gary E. Pullin, Esq.
    Wendy E. Greve, Esq.
    PFFBP, PLLC
    JamesMark Building
    901 Quarrier Street
    Charleston, West Virginia 25301
    *Counsel for Defendants Murray and Coburn*

    Michael D. Mullins, Esq.
    Steptoe & Johnson, PLLC
    P.O. Box 1588
    Charleston, WV 25326-1588
    *Counsel for Defendant Justus*

                                                /s John H. Bryan
                                                JOHN H. BRYAN