```
           IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BLUEFIELD
```

**MICHAEL C. FERGUSON,**

    **Plaintiff,**

**v.**                                  **CIVIL ACTION NO. 1:17-02336**

**RALPH W. JUSTUS et al.,**

    **Defendants.**

## MEMORANDUM OPINION AND ORDER

    Pending before the court is plaintiff's motion filed on July 20, 2017, requesting an additional 30 days to serve all defendants.  See ECF No. 4.  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the court finds that plaintiff has demonstrated good cause to extend the time for service 30 days.  Accordingly, plaintiff's motion for an extension of time to serve defendants is hereby **GRANTED**.

    The Clerk is directed to forward a copy of this Memorandum Opinion and Order to all counsel of record.

    It is **SO ORDERED** this 15th day of March, 2018.

                                                      ENTER:

                                                       */s/ David A. Faber*
                                                       David A. Faber
                                                       Senior United States District Judge