# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BLUEFIELD

**MICHAEL C. FERGUSON,**

    **Plaintiff,**

**v.**                                               **CIVIL ACTION NO. 1:17-CV-02336**
                                                        **JUDGE: DAVID A. FABER**

**RALPH W. JUSTUS, individually;**
**DALE MURRAY, individually;**
**JAMES COBURN, individually;**
**and JOHN DOE, individually,**

    **Defendants.**

## DISMISSAL ORDER

On this day came the parties and announced to the Court that the parties had reached a compromise in this matter and wish for it to be dismissed with prejudice. Having received no objection to this Motion, the Court hereby ORDERS that this matter is DISMISSED, with prejudice, and stricken from the Court's docket.

ENTERED this _____ day of _____, 2018

                                                                 _____
                                                                  **JUDGE DAVID A. FABER**

Prepared by:

      /s/ Michael D. Mullins
Michael D. Mullins, WVSB #7754
Colton C. Parsons, WVSB #13243
Steptoe & Johnson PLLC
Post Office Box 1588
Charleston, West Virginia  25326-1588
*Counsel for Defendant Ralph W. Justus*

Agreed to by:

      /s/ John H. Bryan (w/permission)
John H. Bryan, WVSB #10259
John H. Bryan, Attorney At Law
Post Office Box 366
Union, West Virginia  24983
*Counsel for the Plaintiff*

      /s/ Gary E. Pullin (w/permission)
Gary E. Pullin, WVSB # 4528
Wendy E. Greve, WVSB # 6599
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
901 Quarrier Street, JamesMark Building
Charleston, West Virginia  25301
*Counsel for Defendants Dale Murray and*
  *James Coburn*